**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

HASAN BESHARAT,

     Petitioner,

v.                                    Case No. 2:26-cv-02281-MSN-atc

SCOTT LADWIG,

     Respondent.

**ORDER RESETTING HEARING AND DIRECTING CLERK TO SUBSTITUTE
RESPONDENT**

On April 8, 2026, Petitioner Hasan Besharat filed an Emergency Motion for Appearance of Petitioner (ECF No. 16) asking that the Court "permit him to attend his scheduled hearing before this Court on April 9, 2026." (*Id.*) Given the lateness of the request, the Government is unable to guarantee the Petitioner's presence by tomorrow. Because the Court wants to ensure that Mr. Besharat is able to attend, however, the hearing will be rescheduled.

Accordingly, **IT IS ORDERED** that the Hearing re. Petitioner's Motion for TRO be **RESET** for April 24, 2026, at 2:00 p.m. **IT IS FURTHER ORDERED** that the Government produce the Petitioner at that hearing in person.

Additionally, per the Government's Response to the Motion for Temporary Restraining Order (ECF No. 8), Christopher Bullock is now the Field Office Director of the New Orleans Field Office for Immigration and Customs Enforcement. (ECF No. 8 at PageID 21, n.1.) The Clerk is therefore **DIRECTED** to **SUBSTITUTE** Christopher Bullock as the proper named respondent in this case.

**IT IS SO ORDERED**, this 8th day of April, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE